**BLEVCO ENERGY, INC.**

v.

**GETTY OIL COMPANY.**

No. C–6223.

Supreme Court of Texas.

May 24, 1989.

Petitioner's motion to withdraw its motion for rehearing, filed on May 16, 1989, having been duly considered, it is ordered that the motion be granted.

Petitioner's motion for rehearing is ordered withdrawn. The opinion and judgment of this Court, delivered December 7, 1988 are withdrawn and the *cause* is *dismissed.*